UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SANTOS SANDOVAL OSEGUERA (A-NUMBER: 245-287-502), | Case No.  1:26-cv-4382-DC-JDP |
| Petitioner, | |
| v. | ORDER |
| ON HABEAS CORPUS, | |
| Respondent. | |

Petitioner, an immigration detainee who is representing himself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Under 28 U.S.C. § 2242, which applies to the present petition, petitioner must allege "the name of the person who has custody over him."  28 U.S.C. § 2242.  Petitioner, however, has not named any respondents in this action.  *See generally* ECF No. 1.  Accordingly, his petition must be dismissed.  *See Brittingham v. United States*, 982 F.2d 378, 379 (9th Cir. 1992) (holding that a court does not have jurisdiction over a habeas petition where a proper respondent is not named).  Because petitioner can cure this defect by amendment, I will grant him leave to file an amended petition by July 2, 2026.  If petitioner does not file an amended petition by that deadline, this action may be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's petition for habeas corpus, ECF No. 1, is DISMISSED without prejudice.

2. Petitioner may file an amended petition by July 2, 2026.  If petitioner does not file an

1

amended petition by that deadline, this action may be dismissed.

IT IS SO ORDERED.

Dated:    June 17, 2026   

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE